AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JAMES DANIEL HOBGOOD | ) | Case No. 5:15-CR-50083 |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* JAMES DANIEL HOBGOOD,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2261A(2) - Cyberstalking

Date: 10-29-15

*Issuing officer's signature*

City and state: Fort Smith, AR     Douglas F. Young, District Court Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 11-2-15, and the person was arrested on *(date)* 11/10/15
at *(city and state)* Richmond, VA.

Date: 11/10/15

*Arresting officer's signature*

Farris Moore Special Agent
*Printed name and title*