SEALED

# U. S. District Court
# Western District of Arkansas (Fayetteville)
# CRIMINAL DOCKET FOR CASE #: 5:15-cr-50083-TLB All Defendants
# *SEALED*

Case title: USA v. Hobgood · Date Filed: 10/28/2015

Assigned to: Honorable Timothy L. Brooks

### Defendant (1)
**James Daniel Hobgood**

| Pending Counts | Disposition |
|---|---|
| 18:2261A(2) - CYBERSTALKING (1) | |

**Highest Offense Level (Opening)**
Felony

| Terminated Counts | Disposition |
|---|---|
| None | |

**Highest Offense Level (Terminated)**
None

| Complaints | Disposition |
|---|---|
| None | |

### Plaintiff
USA · represented by **Denis Dean**
United States Attorney's Office
414 Parker Avenue
Fort Smith, AR 72901
(479) 249-9040
Email: Denis.Dean@usdoj.gov
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Select all / clear | Docket Text |
|---|---|---|---|
| 10/28/2015 | 1 | ☐ | INDICTMENT as to James Daniel Hobgood (1) count(s) 1. (tg) (Entered: 10/30/2015) |
| 10/28/2015 | 2 | ☐ | Citation Calendar as to James Daniel Hobgood. (tg) (Entered: 10/30/2015) |
| 10/28/2015 | 3 | ☐ | Citation Sheets as to James Daniel Hobgood. (tg) (Entered: 10/30/2015) |
| 10/29/2015 | 4 | ☐ | **THE DOCUMENT IS RESTRICTED TO COURT USERS.** Arrest Warrant Issued as to James Daniel Hobgood. (tg) (Entered: 10/30/2015) |

View Selected
or
Download Selected

Case 5:15-cr-50083-TLB *SEALED* Document 1 Filed 10/28/15 Page 1

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

OCT 28 2015

DOUGLAS F. YOUNG, Clerk
By
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 5:15CR50083-001 |
| | ) | 18 U.S.C. § 2261A(2) |
| v. | ) | |
| | ) | |
| JAMES DANIEL HOBGOOD | ) | |

## INDICTMENT

The Grand Jury Charges:

### COUNT ONE

From about September 2014 to October 2015, in the Western District of Arkansas, Fayetteville Division, and elsewhere, the defendant, JAMES DANIEL HOBGOOD, with the intent to injure, harass, and intimidate another person, used the mail, any computer interactive service and electronic communication service and electronic communication system of interstate commerce and any other facility of interstate or foreign commerce, to engage in a course of conduct that attempted to cause and caused substantial emotional distress to the victim, all in violation of Title 18, United States Code, Sections 2261A(2).

A True Bill.

/s/ Grand Jury Foreperson
Foreperson

KENNETH ELSER
ACTING UNITED STATES ATTORNEY

By: _____
Denis Dean
Assistant U. S. Attorney
Arkansas Bar No. 2007182
414 Parker Ave
Fort Smith, AR 72901
479-249-9040
Denis.Dean@usdoj.gov